**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01451-CV

**EDWIN M. SIGEL, Appellant**

**V.**

**RAZI AAMIR, Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-15162**

## ORDER

The Court has before it appellant's June 27, 2013 motion to extend time to file brief in reply to appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellant on June 26, 2013 be timely filed as of today's date.

/s/ ELIZABETH LANG-MIERS
JUSTICE